```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| HOWARD MILLER, | : | CIVIL ACTION |
| | : | NO. 14-5531 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| KENNETH CAMERON, et al., | : | |
| | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this **23rd** day of **November, 2016,** after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 10) and Petitioner's Objections thereto (ECF Nos. 11, 13), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

(3) Petitioner's Request to Amend (ECF No. 13) is **DENIED**;

(4) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(5) A certificate of appealability shall not issue; and

(6) The Clerk shall mark this case **CLOSED**.

    **AND IT IS SO ORDERED.**

                                  /s/ Eduardo C. Robreno
                                  **EDUARDO C. ROBRENO, J.**